IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SANDY M. HOMEL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CENTENNIAL SCHOOL DISTRICT, et al | : | NO. 11-1996 |

### ORDER

**AND NOW**, this 21st day of December, 2011, upon consideration of defendant Centennial School District's Motion for Summary Judgment (Document No. 49) and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART.**

It is **FURTHER ORDERED** as follows:

1. The motion for summary judgment is **GRANTED** as to the plaintiff's First Amendment retaliation cause of action brought under 42 U.S.C. § 1983 in Count I of the Second Amended Complaint; the age discrimination cause of action brought under the Age Discrimination in Employment Act (ADEA), 29 U.S.C. § 621, *et seq*., in Count III; the § 1983, Title VII, and PHRA sex discrimination causes of action regarding her claims that the defendant failed to promote her to assistant superintendent in 2007 and required the elementary school principals to report directly to the superintendent in 2009; and the Title VII and PHRA sex discrimination causes of action regarding her claim that the defendant failed to promote her to superintendent in 2009.

2. In all other respects, the motion is **DENIED.**

3.   Judgment will be entered upon conclusion of the trial.


    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE,  J.